B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Schima, Kenneth A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Schima, Elaine J.** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Caribbean Tanning Boutique; FDBA E & G Learning Corporation** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0518** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7724** |
| Street Address of Debtor (No. and Street, City, and State):<br>**4612 W. 153rd St.**<br>**Oak Forest, IL**<br>ZIP Code **60452** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**4612 W. 153rd St.**<br>**Oak Forest, IL**<br>ZIP Code **60452** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- □ Corporation (includes LLC and LLP)
- □ Partnership
- □ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- □ Health Care Business
- □ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- □ Railroad
- □ Stockbroker
- □ Commodity Broker
- □ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- □ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- □ Chapter 9
- □ Chapter 11
- □ Chapter 12
- □ Chapter 13
- □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- □ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- □ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- □ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- □ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- □ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- □ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- □ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- □ A plan is being filed with this petition.
- □ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- □ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| □ | □ | ■ | □ | □ | □ | □ | □ | □ | □ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| □ | □ | ■ | □ | □ | □ | □ | □ | □ | □ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| □ | □ | □ | ■ | □ | □ | □ | □ | □ | □ |

B1 (Official Form 1)(1/08)     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Schima, Kenneth A.**<br>**Schima, Elaine J.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Schima, Kenneth A.** |
| | **Schima, Elaine J.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kenneth A. Schima**
Signature of Debtor   **Kenneth A. Schima**

X **/s/ Elaine J. Schima**
Signature of Joint Debtor **Elaine J. Schima**

Telephone Number (If not represented by attorney)

**July 7, 2008**
Date

### Signature of Attorney*

X **/s/ Robert N. Honig**
Signature of Attorney for Debtor(s)

**Robert N. Honig 6216254**
Printed Name of Attorney for Debtor(s)

**Robert N. Honig**
Firm Name
**276 N. Addison Ave.**
**Elmhurst, IL 60126**

Address

**(630) 834-1800**
Telephone Number

**July 7, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kenneth A. Schima**
      **Elaine J. Schima**                            Case No. _____
                                 Debtor(s)          Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Kenneth A. Schima**
                                  **Kenneth A. Schima**

Date:   **July 7, 2008**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Kenneth A. Schima**
**Elaine J. Schima**
_____   Case No. _____
Debtor(s)   Chapter   **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]_ ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Elaine J. Schima**
                         **Elaine J. Schima**
Date:   **July 7, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Kenneth A. Schima,**
          **Elaine J. Schima**

Case No. _____

_____ ,

Debtors

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 412,000.00 | | |
| B - Personal Property | Yes | 4 | 32,072.79 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 377,900.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 180,470.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,839.09 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,852.50 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 444,072.79 | | |
| Total Liabilities | | | | 558,370.35 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kenneth A. Schima,**
  **Elaine J. Schima**

Case No. _____

_____ ,
  Debtors

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Kenneth A. Schima,**                                      Case No. _____
         **Elaine J. Schima**

_____,
                            Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family residence commonly known as 4612 W. 153rd ST Oak Forest, IL  60452** | **fee simple** | **J** | **200,000.00** | **191,675.00** |
| **Single family residence commonly known as 16847 Western Ave. Hazel Crest, IL  60429** | **fee simple** | **J** | **105,000.00** | **84,841.00** |
| **Single family residence commonly known as 16736 Western Ave. Hazel Crest, IL  60429** | **fee simple** | **J** | **104,000.00** | **85,072.00** |
| **Section 8, Lot 91 in Woodhaven Lakes Resort Vacant property containing Motor Home (see schedule B) Non-Sewered property** | **fee simple** | **J** | **3,000.00** | **0.00** |

|  | Sub-Total > | **412,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **412,000.00** |  |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Kenneth A. Schima,**                                                    Case No. _____
     **Elaine J. Schima,**
_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | | **Cash on hand (approximate)** | **J** | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account No. -5697 National City Bank 7151 W. 159th St. Tinley Park, IL 60477 (Balance is approximate)** | **J** | **522.79** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Usual and typical furniture and appliances, including: sofa; loveseat; sectional sofa; lounge chair; kitchen table and chairs; dining room table; china cabinet; curio cabinet; television cabinet; 6 bookcases; 7 lamps; sofa table; 2 end tables; 2 desks and chairs; 4 televisions; 2 DVD players; stereo; 3 beds; 4 dressers; toolbox and tools; lawnmower; outdoor furniture set; 2 computers; kitchen appliances, pots, pans, etc.; washer & dryer** | **J** | **2,600.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6. Wearing apparel. | | **Usual and typical used clothing** | **J** | **200.00** |
| 7. Furs and jewelry. | | **2 wedding rings** | **J** | **200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **camera; video camera; 4 bicycles** | **J** | **200.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **$10,000 group term life insurance through work** | **H** | **0.00** |

                                                Sub-Total >     **3,772.79**
                                           (Total of this page)

   **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re  **Kenneth A. Schima,**
     **Elaine J. Schima**

Case No. _____

,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% common stock of E & G Learning Corporation (dba Caribbean Tanning Boutique) Corporation is insolvent. Assets include eight (8) tanning beds and one (1) leased spray-tan booth. Value of assets is approx. $23,000, but corporation has debts of appox. $60,000.** | J | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Back rent due to Debtors from Renne and Marcus Sheperd related to the lease of 16847 Western, Hazel Crest, Illinois in the amount of $2200 plus appox. $200 for an unpaid water bill. The Sheperds may be insolvent, so this debt is likely uncollectible.** | J | **0.00** |
| | | **Back rent due to Debtors from Janette Parker related to the lease of 16736 Western, Hazel Crest, Illinois in the amount of $3910 plus appox. $1000 for City citations and an unpaid water bill. Ms. Parker may be insolvent, so this debt is likely uncollectible.** | J | **0.00** |

Sub-Total >    **0.00**<br>(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kenneth A. Schima,**
    **Elaine J. Schima,**    Case No. _____

_____,
    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **$1500 due to Elaine Schima from Michelle Kielar, 15107 Kildare Ave., Midlothian, Illinois 60445** | **W** | **1,500.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1988 Sports Coach Motor Home (does not run)** | **J** | **3,000.00** |
| | | **1998 Ford F150 Pickup (130,000 miles)** | **W** | **3,000.00** |
| | | **2002 Pontiac Grand Prix (67,000 miles)** | **J** | **3,300.00** |
| | | **2007 Harley Davidson Electraglide Ultra Classic Motorcycle** | **J** | **16,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >    **26,800.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kenneth A. Schima,**        Case No. _____
        **Elaine J. Schima**

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Various tools** | J | **1,500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **1,500.00** |
| (Total of this page) | |
| Total > | **32,072.79** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re     **Kenneth A. Schima,**                 Case No. _____

         **Elaine J. Schima**

_____ ,

                     Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                           $136,875.
    ☐ 11 U.S.C. §522(b)(2)
    ■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single family residence commonly known as 4612 W. 153rd ST Oak Forest, IL  60452** | **735 ILCS 5/12-901** | **30,000.00** | **200,000.00** |
| **Cash on Hand** | | | |
| **Cash on hand (approximate)** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account No. -5697 National City Bank 7151 W. 159th St. Tinley Park, IL  60477 (Balance is approximate)** | **735 ILCS 5/12-1001(b)** | **522.79** | **522.79** |
| **Household Goods and Furnishings** | | | |
| **Usual and typical furniture and appliances, including:  sofa; loveseat; sectional sofa; lounge chair; kitchen table and chairs; dining room table; china cabinet; curio cabinet; television cabinet; 6 bookcases; 7 lamps; sofa table; 2 end tables; 2 desks and chairs; 4 televisions; 2 DVD players; stereo; 3 beds; 4 dressers; toolbox and tools; lawnmower; outdoor furniture set; 2 computers; kitchen appliances, pots, pans, etc.; washer & dryer** | **735 ILCS 5/12-1001(b)** | **2,600.00** | **2,600.00** |
| **Wearing Apparel** | | | |
| **Usual and typical used clothing** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **2 wedding rings** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **camera; video camera; 4 bicycles** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **$1500 due to Elaine Schima from Michelle Kielar, 15107 Kildare Ave., Midlothian, Illinois 60445** | **735 ILCS 5/12-1001(b)** | **527.21** | **1,500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1988 Sports Coach Motor Home (does not run)** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,000.00** |
| **1998 Ford F150 Pickup (130,000 miles)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **3,000.00** |
| **2002 Pontiac Grand Prix (67,000 miles)** | **735 ILCS 5/12-1001(c) 735 ILCS 5/12-1001(b)** | **2,400.00 900.00** | **3,300.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Various tools** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **1,500.00** |
| | Total: | **44,500.00** | **216,072.79** |

    __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Kenneth A. Schima,**
       **Elaine J. Schima**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **5317668** <br><br> **Amcore Bank** <br> **1210 S. Alpine Rd.** <br> **Rockford, IL 61108-3946** | | | J | | **2005** <br> **2nd Mortgage** <br> **Single family residence commonly known as** <br> **4612 W. 153rd ST** <br> **Oak Forest, IL  60452** | | | | | |
| | | | | | Value $       **200,000.00** | | | | **19,858.00** | **0.00** |
| Account No. **9041770439** <br><br> **Downey Savings & Loan Assoc** <br> **3501 Jamboree Rd.** <br> **Newport Beach, CA 92660** | | | J | | **2005** <br> **First Mortgage** <br> **Single family residence commonly known as** <br> **4612 W. 153rd ST** <br> **Oak Forest, IL  60452** | | | | | |
| | | | | | Value $       **200,000.00** | | | | **171,817.00** | **0.00** |
| Account No. **3484700** <br><br> **MB Financial Bank** <br> **6111 N. River Rd.** <br> **Des Plaines, IL 60018** | | | H | | **March, 2008** <br> **Purchase Money Security** <br> **2007 Harley Davidson Electraglide Ultra Classic Motorcycle** | | | | | |
| | | | | | Value $       **16,000.00** | | | | **16,312.00** | **312.00** |
| Account No. **0017363300** <br><br> **Option  One Mortgage** <br> **P.O. Box 57054** <br> **Irvine, CA 92619-7054** | | | J | | **July, 2005** <br> **First Mortgage** <br> **Single family residence commonly known as** <br> **16847 Western Ave.** <br> **Hazel Crest, IL  60429** | | | | | |
| | | | | | Value $       **105,000.00** | | | | **84,841.00** | **0.00** |
|    __1__   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | **292,828.00** | **312.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re  **Kenneth A. Schima,**
      **Elaine J. Schima**

Case No. _____

_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J | C | | | | | | |
| Account No. **5120047563879**  <br><br>**Wachovia/World Savings**  <br>**Loan Serivce Customer Support**  <br>**P.O. Box 659558**  <br>**San Antonio, TX 78265** | | | J | | **November, 2007**  <br><br>**First Mortgage**  <br><br>**Single family residence commonly known as**  <br>**16736 Western Ave.**  <br>**Hazel Crest, IL  60429** | | | | | |
| | | | | | Value $                 **104,000.00** | | | | **85,072.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **85,072.00** | **0.00** |
| --- | --- | --- | --- |
|  | Total (Report on Summary of Schedules) | **377,900.00** | **312.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                            Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re  **Kenneth A. Schima,**                                                                  Case No. _____
       **Elaine J. Schima**
                                                                        ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Kenneth A. Schima,**                                              Case No. _____
      **Elaine J. Schima**
_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. 5584 1800 0236 8937<br><br>**Advanta Bank Corp.**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** | X | W | | | **Credit card purchases  Trade Debt** | | | | **4,902.87** |
| Account No. 5804540/3997702<br><br>**Adventist LaGrange Mem. Hosp.**<br>**c/o Malcolm S. Gerald & Assoc.**<br>**332 S. Michigan Ave. Suite 600**<br>**Chicago, IL 60604** | | H | | | **Medical Services** | | | | **583.25** |
| Account No. 8166245<br><br>**Advocate Christ Hospital**<br>**c/o ICS Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477-9110** | | W | | | **2004**<br>**Medical Services** | | | | **1,485.19** |
| Account No.<br><br>**Jillian  Altenburg**<br>**15030 Parkside Ave.**<br>**Oak Forest, IL 60452** | X | J | | | **2008**<br>**Trade Debt** | | | X | **39.00** |

__21__  continuation sheets attached

Subtotal
(Total of this page)                              **7,010.31**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          S/N:20796-080523    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kenneth A. Schima,**
       **Elaine J. Schima**

Case No. _____

                                                    ,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3712 751462 61002**<br><br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | X | W | **Credit card purchases** | | | | **5,206.26** |
| Account No.<br><br>**Scott  Anderson**<br>**10210 N 16750 Road**<br>**Grant Park, IL 60940** | X | J | **2008**<br>**Trade Debt** | | | X | **2.05** |
| Account No. **7086871745 402 8**<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | J | **2008**<br>**Phone service - Trade Debt** | | | | **351.98** |
| Account No. **500318110**<br><br>**AT&T Real Yellow Pages**<br>**c/o DEX**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** | X | W | **Advertising - Trade Debt** | | | | **368.24** |
| Account No.<br><br>**Laura  Bachleda**<br>**4640 W 153**<br>**Oak Forest, IL 60452** | X | J | **2008**<br>**Trade Debt** | | | X | **11.00** |

Sheet no. \_\_**1**\_\_ of \_\_**21**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  **5,939.53**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenneth A. Schima,**                                                    Case No. _____
        **Elaine J. Schima,**
_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Stefanie  Bakazan** <br> **5113 Jessica** <br> **Oak Forest, IL 60452** | X | J | | **2008** <br> **Trade Debt** | | | X | 61.20 |
| Account No. **4339 9300 1864 4346** <br><br> **Bank of America Business Card** <br> **P.O. Box 15710** <br> **Wilmington, DE 19886-5710** | X | W | | **Credit card purchases  Trade Debt** | | | | 15,069.18 |
| Account No. <br><br> **Fred  Basse** <br> **18206 Rita Rd** <br> **Tinley Park, IL 60452** | X | J | | **2008** <br> **Trade Debt** | | | X | 12.00 |
| Account No. <br><br> **Bill  Becker** <br> **14808 Becky Ct.** <br> **Oak Forest, IL 60452** | X | J | | **2008** <br> **Trade Debt** | | | X | 32.00 |
| Account No. <br><br> **Mark  Benson** <br> **6109 W. Forestview Dr.** <br> **Oak Forest, IL 60452** | X | J | | **2008** <br> **Trade Debt** | | | X | 24.00 |

Sheet no. __2___ of __21__ sheets attached to Schedule of                              Subtotal                    15,198.38
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kenneth A. Schima,**
    **Elaine J. Schima,**
                                      Debtors

Case No. _____

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Stephanie Bernal 5380 A Diamond Dr. Oak Forest, IL 60452 | X | J | | 2008 Trade Debt | | | X | 5.00 |
| Account No. Sara Bintz 92 Fir St. Park Forest, IL 60466 | X | J | | 2008 Trade Debt | | | X | 16.13 |
| Account No. Kathy Boor 20662 Graceland Lane Frankfort, IL 60423 | X | J | | 2008 Trade Debt | | | X | 13.00 |
| Account No. 5178 0525 0253 5046 Capital One Bank USA P.O. Box 5294 Carol Stream, IL 60197-5294 | | J | | 2004-2008 Credit card purchases | | | | 18,762.30 |
| Account No. 4115 0726 4993 1741 Capital One Bank USA P.O. Box 5294 Carol Stream, IL 60197-5294 | X | W | | Credit card purchases  Trade debt | | | | 1,054.35 |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,850.78

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kenneth A. Schima,**
       **Elaine J. Schima,**                                          Case No. _____

                                                      _____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Gerald Cease** <br>**14953 Moorings** <br>**Oak Forest, IL 60452** | X | | J | **2008** <br>**Trade Debt** | | | X | 44.38 |
| Account No. **4266 8410 1784 7409** <br><br>**Chase Cardmember Service** <br>**P.O. Box 15153** <br>**Wilmington, DE 19886-5153** | | W | | **Credit card purchases** | | | | 13,581.82 |
| Account No. <br><br>**Nicole Chavanne** <br>**5841 Orange Lane** <br>**Oak Forest, IL 60452** | X | | J | **2008** <br>**Trade Debt** | | | X | 34.00 |
| Account No. **1000515380** <br><br>**Christ Medical Group** <br>**701 Lee St.** <br>**Des Plaines, IL 60016** | | | J | **2008** <br>**Medical Services** | | | | 210.00 |
| Account No. <br><br>**Stacy Cook** <br>**5930 Liberty Square** <br>**Oak Forest, IL 60452** | X | | J | **2008** <br>**Trade Debt** | | | X | 37.18 |

Sheet no. __4__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,907.38

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenneth A. Schima,**
         **Elaine J. Schima,**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **N10010** | | | **J** | **2008** Dental | | | | |
| **Crestwood Dental & TMJ Care** **13549 S. Cicero Ave.** **Crestwood, IL 60445** | | | | | | | | **1,537.67** |
| Account No. | **X** | | **J** | **2008** Trade Debt | | | **X** | |
| **Tim  Danaher** **7014 Trenes Ctyd** **Tinley Park, IL 60477** | | | | | | | | **51.00** |
| Account No. | **X** | | **J** | **2008** Trade Debt | | | **X** | |
| **Tracey  Deddo** **16209 S. Forest** **Oak Forest, IL 60452** | | | | | | | | **54.85** |
| Account No. | **X** | | **J** | **2008** Trade Debt | | | **X** | |
| **Christine  Delpriore** **15601 Natalie** **Oak Forest, IL 60452** | | | | | | | | **13.00** |
| Account No. | **X** | | **J** | **2008** Trade Debt | | | **X** | |
| **Debra  Demaar** **15359 Lasflores** **Oak Forest, IL 60452** | | | | | | | | **50.00** |

Sheet no. __5___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,706.52**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kenneth A. Schima,**
      **Elaine J. Schima**
                                                        Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kim Deschamps** 15131 Chaucer Dr. Oak Forest, IL 60452 | X | J | **2008** **Trade Debt** | | | X | 20.00 |
| Account No. **Cecilia Doyle** 15419 S. Kilpatrick Oak Forest, IL 60452 | X | J | **2008** **Trade Debt** | | | X | 60.00 |
| Account No. **Kevin Doyle** 5943 Liberty Square Oak Forest, IL 60452 | X | J | **2008** **Trade Debt** | | | X | 2.50 |
| Account No. **Lindsay Eberling** 15734 Love Dr. Oak Forest, IL 60452 | X | J | **2008** **Trade Debt** | | | X | 7.00 |
| Account No. **Jill Fina** 15139 S. LeClaire Oak Forest, IL 60452 | X | J | **2008** **Trade Debt** | | | X | 22.00 |

Sheet no. __6__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      111.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth A. Schima,**
    **Elaine J. Schima,**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 Trade Debt | | | | |
| Kimberly Fracassi 15618 Arroyo Dr. Oak Forest, IL 60452 | X | J | | | | | X | |
| | | | | | | | | 24.00 |
| Account No. | | | | 2008 Trade Debt | | | | |
| Cara Francoeur 15148 Colina Oak Forest, IL 60452 | X | J | | | | | X | |
| | | | | | | | | 24.00 |
| Account No. | | | | 2008 Trade Debt | | | | |
| Tom Furlan 936 Oliver Rd. Homewood, IL 60430 | X | J | | | | | X | |
| | | | | | | | | 0.38 |
| Account No. 6019 1818 1728 3454 | | | | 2003-2008 Credit card purchases | | | | |
| GE Money Bank/Care Credit P.O. Box 960061 Orlando, FL 32896-0061 | | J | | | | | | |
| | | | | | | | | 4,543.27 |
| Account No. | | | | 2008 Trade Debt | | | | |
| Catherine Granata 7912 Whittington Tinley Park, IL 60477 | X | J | | | | | X | |
| | | | | | | | | 25.00 |

Sheet no. __7__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,616.65

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth A. Schima,**                         Case No. _____
        **Elaine J. Schima**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rob  Gray** <br> **15702 Hickory Lane** <br> **Oak Forest, IL 60452** | X | J | **2008** <br> **Trade Debt** | | | X | 14.00 |
| Account No. <br><br> **Shelly  Halper** <br> **15508 Le Claire** <br> **Oak Forest, IL 60452** | X | J | **2008** <br> **Trade Debt** | | | X | 2.40 |
| Account No. **1173** <br><br> **Harmony Property Management** <br> **135 W. Ogden Ave.** <br> **Westmont, IL 60559** | X | W | **2008** <br> **Lease for Caribbean Tanning** <br> **Trade Debt** | | | | 4,346.24 |
| Account No. **6100205358** <br><br> **Harris N.A.** <br> **P.O. Box 6200** <br> **Carol Stream, IL 60197-6290** | | H | **Line of Credit** | | | | 9,717.35 |
| Account No. <br><br> **Karen  Hogan** <br> **15701 S. Rob Roy Dr.** <br> **Oak Forest, IL 60452** | X | J | **2008** <br> **Trade Debt** | | | X | 42.00 |

Sheet no. __8___ of __21__ sheets attached to Schedule of               Subtotal          | **14,121.99**
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth A. Schima,**
**Elaine J. Schima,**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Amy Horan** <br> **5311 Christopher Dr.** <br> **Oak Forest, IL 60452** | X | J | | **2008** <br> **Trade Debt** | | | X | 61.65 |
| Account No. **5491 0986 1817 0020** <br><br> **HSBC Card Services** <br> **P.O. Box 17332** <br> **Baltimore, MD 21297-1332** | | W | | **2007-2008** <br> **Credit card purchases** | | | | 1,504.28 |
| Account No. <br><br> **Jon Hull** <br> **15456 Almeda** <br> **Oak Forest, IL 60452** | X | J | | **2008** <br> **Trade Debt** | | | X | 23.45 |
| Account No. <br><br> **Kathy & Brad Jongsma** <br> **7735 Palm Dr.** <br> **Orland Park, IL 60462** | X | J | | **2008** <br> **Trade Debt** | | | X | 36.64 |
| Account No. <br><br> **Kelly Kienzle** <br> **18157 S. 66th Ct.** <br> **Tinley Park, IL 60477** | X | J | | **2008** <br> **Trade Debt** | | | X | 22.56 |

Sheet no. __9___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,648.58

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth A. Schima,**
         **Elaine J. Schima**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. | | | | 2008 Trade Debt | | | | |
| Fracassi Kimberly 15618 Arroyo Dr. Oak Forest, IL 60452 | X | J | | | | | X | 60,452.00 |
| Account No. | | | | 2008 Trade Debt | | | | |
| Margaret Kobylarczyk 14924 S. Kilbourn Ave. Midlothian, IL 60445 | X | J | | | | | X | 40.00 |
| Account No. 042 6421 707 | | | | 2005-2008 Credit card purchases | | | | |
| Kohl's Payment Center P.O. Box 2983 Milwaukee, WI 53201-2983 | | W | | | | | | 1,538.59 |
| Account No. | | | | 2008 Trade Debt | | | | |
| Lauren Kottler 15531 New England Oak Forest, IL 60452 | X | J | | | | | X | 19.63 |
| Account No. | | | | 2008 Trade Debt | | | | |
| Renee Kunzmann 15412 S. Pine Oak Forest, IL 60452 | X | J | | | | | X | 22.50 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      62,072.72

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth A. Schima,**
      **Elaine J. Schima,**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **697800 001 029 8557**  <br><br>**Lane Bryant** <br>**P.O. Box 856132** <br>**Louisville, KY 40285-6132** | | W | | **2000-2008** <br>**Credit card purchases** | | | | 1,138.93 |
| Account No.  <br><br>**Gina Langdon** <br>**6121 Brookwood** <br>**Oak Forest, IL 60452** | X | J | | **2008** <br>**Trade Debt** | | | X | 20.60 |
| Account No.  <br><br>**Maria Langdon** <br>**6121 Brookwood Dr.** <br>**Oak Forest, IL 60452** | X | J | | **2008** <br>**Trade Debt** | | | X | 10.60 |
| Account No.  <br><br>**Christine Lavine** <br>**5936 Essex Rd.** <br>**Oak Forest, IL 60452** | X | J | | **2008** <br>**Trade Debt** | | | X | 22.00 |
| Account No.  <br><br>**Anders Lennergard** <br>**161 Lakewood** <br>**Tinley Park, IL 60477** | X | J | | **2008** <br>**Trade Debt** | | | X | 14.00 |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,206.13

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kenneth A. Schima,**                                              Case No. _____
         **Elaine J. Schima,**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2008**<br>**Trade Debt** | | | | |
| **Lorraine  Lynott**<br>**6404 Nature #102**<br>**Oak Forest, IL 60452** | X | J | | | | X | |
| | | | | | | | **6.00** |
| Account No. | | | **2005**<br>**Trade Debt - Tanning Machine Lease** | | | | |
| **Magic Tan LLC**<br>**5325 Naiman Parkway Unit C**<br>**Solon, OH 44139** | X | W | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | **2008**<br>**Trade Debt** | | | | |
| **Brenda  Marlowe**<br>**278 E. 162nd St.**<br>**South Holland, IL 60473** | X | J | | | | X | |
| | | | | | | | **55.07** |
| Account No. | | | **2008**<br>**Trade Debt** | | | | |
| **Sean  McCann**<br>**5110 Shadow Creek**<br>**Oak Forest, IL 60452** | X | J | | | | X | |
| | | | | | | | **24.00** |
| Account No. | | | **2008**<br>**Trade Debt** | | | | |
| **Kim  McCormies**<br>**5705 Dover Rd.**<br>**Oak Forest, IL 60452** | X | J | | | | X | |
| | | | | | | | **3.73** |

Sheet no. __**12**__ of __**21**__ sheets attached to Schedule of        Subtotal        | **88.80** |
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kenneth A. Schima,**                                              Case No. _____
         **Elaine J. Schima,**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Andrea  Mikulec**<br>**17238 Arrowhead Tr.**<br>**Oak Forest, IL 60452** | X | J | **2008**<br>**Trade Debt** | | | X | 48.00 |
| Account No.<br><br>**John  Miller**<br>**15322 Briar Lane**<br>**Oak Forest, IL 60452** | X | J | **2008**<br>**Trade Debt** | | | X | 12.36 |
| Account No.<br><br>**Diane  Moore**<br>**14814 Harbor Dr.**<br>**Oak Forest, IL 60452** | X | J | **2008**<br>**Trade Debt** | | | X | 34.67 |
| Account No.<br><br>**Joe  Moroschan**<br>**1235 S. Prairie #2909**<br>**Chicago, IL 60605** | X | J | **2008**<br>**Trade Debt** | | | X | 28.00 |
| Account No.<br><br>**Carol  Mosel**<br>**6651 Conway Ct.**<br>**Oak Forest, IL 60452** | X | J | **2008**<br>**Trade Debt** | | | X | 70.40 |

Sheet no. __**13**__ of __**21**__ sheets attached to Schedule of          Subtotal                 193.43
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kenneth A. Schima,**
    **Elaine J. Schima**
                                     ,
                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Christine O'Dinnell <br> 15643 Sierra Dr. <br> Oak Forest, IL 60452 | X | J | 2008 <br> Trade Debt | | | X | 21.70 |
| Account No. <br><br> Charles Penders <br> 5620 Independence Ave. #25 <br> Oak Forest, IL 60452 | X | J | 2008 <br> Trade Debt | | | X | 3.64 |
| Account No. <br><br> Paula Pries <br> 6224 Boco Rio Dr. <br> Oak Forest, IL 60452 | X | J | 2008 <br> Trade Debt | | | X | 25.00 |
| Account No. <br><br> Mylinh Quach <br> 6417 N. Dainddl <br> Chicago, IL 60645 | X | J | 2008 <br> Trade Debt | | | X | 70.13 |
| Account No. <br><br> Chris Ratliff <br> 15212 Walnut Rd. <br> Oak Forest, IL 60452 | X | J | 2008 <br> Trade Debt | | | X | 29.70 |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kenneth A. Schima,**                                    Case No. _____
     **Elaine J. Schima**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7001 0910 0308 0705**<br><br>**Retail Services/Best Buy**<br>**P.O. Box 17298**<br>**Baltimore, MD 21297-1298** | | H | **Credit card purchases** | | | | **6,831.00** |
| Account No. **632 6091 0223 2158**<br><br>**Retail Services/Guitar Center**<br>**P.O. Box 17602**<br>**Baltimore, MD 21297-1602** | | W | **2007**<br>**Credit card purchases** | | | | **700.00** |
| Account No. **632 6091 0223 2018**<br><br>**Retail Services/Guitar Center**<br>**P.O. Box 17602**<br>**Baltimore, MD 21297-1602** | | H | **Credit card purchases** | | | | **700.00** |
| Account No. **6004 3009 0461 2642**<br><br>**Retail Services/Menards's**<br>**P.O. Box 17602**<br>**Baltimore, MD 21297-1602** | | H | **Credit card purchases** | | | | **12,951.57** |
| Account No.<br><br>**Laurie  Richards**<br>**6231 Misty Pines Dr.**<br>**Tinley Park, IL 60477** | X | J | **2008**<br>**Trade Debt** | | | X | **10.50** |

Sheet no. \_**15**\_ of \_**21**\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,193.07**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth A. Schima,**
    **Elaine J. Schima,**
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**John Riddle**<br>**15648 Sierra Dr.**<br>**Oak Forest, IL 60452** | X | J | **2008**<br>**Trade Debt** | | | X | 12.13 |
| Account No.<br><br>**Donna Ritter**<br>**15225 Arroyo Dr.**<br>**Oak Forest, IL 60452** | X | J | **2008**<br>**Trade Debt** | | | X | 1.80 |
| Account No.<br><br>**Eddie Robertson**<br>**16484 Brockton**<br>**Oak Forest, IL 60452** | X | J | **2008**<br>**Trade Debt** | | | X | 7.00 |
| Account No. 6011 3710 0301 8933<br><br>**Sam's Club Discover**<br>**P.O. Box 960016**<br>**Orlando, FL 32896-0016** | X | W | **Credit card purchases - Trade Debt** | | | | 4,993.74 |
| Account No.<br><br>**Kim Santor**<br>**5301 Martha Lane**<br>**Oak Forest, IL 60452** | X | J | **2008**<br>**Trade Debt** | | | X | 36.00 |

Sheet no. __16__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,050.67

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kenneth A. Schima,**
       **Elaine J. Schima**                                                    Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **2008** **Trade Debt** | | | | |
| Debra Schroeder 15419 Tudor Rd. Oak Forest, IL 60452 | X | J | | | | | X | |
| | | | | | | | | 13.10 |
| Account No. | | | | **2008** **Trade Debt** | | | | |
| Sandy Schulist 13391 Shadow Creek Dr. Palos Heights, IL 60463 | X | J | | | | | X | |
| | | | | | | | | 39.00 |
| Account No. | | | | **2008** **Trade Debt** | | | | |
| David Sertic 18501 S. Harlem Ave. Tinley Park, IL | X | J | | | | | X | |
| | | | | | | | | 51.05 |
| Account No. | | | | **2008** **Trade Debt** | | | | |
| Ryan Sharkey 15321 Orchard Lane Oak Forest, IL 60452 | X | J | | | | | X | |
| | | | | | | | | 44.00 |
| Account No. | | | | **2008** **Trade Debt** | | | | |
| Mary Siriann 15805 Peggy Lane #7 Oak Forest, IL 60452 | X | J | | | | | X | |
| | | | | | | | | 25.78 |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

172.93

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kenneth A. Schima,**
       **Elaine J. Schima**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Danielle Smith**<br>**15809 Rob Roy Dr.**<br>**Oak Forest, IL 60452** | X | J | | **2008**<br>**Trade Debt** | | | X | 2.00 |
| Account No.<br><br>**Michele Specht**<br>**5250 W. 170th**<br>**Oak Forest, IL 60452** | X | J | | **2008**<br>**Trade Debt** | | | X | 11.00 |
| Account No.<br><br>**Brian Stokes**<br>**6247 Boco Rio Dr.**<br>**Oak Forest, IL 60452** | X | J | | **2008**<br>**Trade Debt** | | | X | 33.00 |
| Account No.<br><br>**Jeff Stubblefield**<br>**15429 Ann Marie**<br>**Oak Forest, IL 60452** | X | J | | **2008**<br>**Trade Debt** | | | X | 30.75 |
| Account No.<br><br>**Debora Stukus**<br>**15916 Jon Rd.**<br>**Oak Forest, IL 60452** | X | J | | **2008**<br>**Trade Debt** | | | X | 61.24 |

Sheet no. __18__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

137.99

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kenneth A. Schima,**                                                          Case No. _____
**Elaine J. Schima,**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Laura  Stukus** <br> **728 W. Jackson** <br> **Chicago, IL 60661** | X | J | **2008** <br> **Trade Debt** | | | X | 79.73 |
| Account No. <br><br> **Vanesa  Sukolowsky** <br> **16489 Barton Lane** <br> **Oak Forest, IL 60452** | X | J | **2008** <br> **Trade Debt** | | | X | 60.60 |
| Account No.  **22FP4565** <br><br> **Sun Share XI LLC** <br> **56 Pulaski St.** <br> **Peabody, MA 01960** | X | W | **2005** <br> **Trade Debt - Lease of Tanning Equipment** | | | | Unknown |
| Account No. <br><br> **Theresa  Taccola** <br> **15920 S. Latrobe** <br> **Oak Forest, IL 60452** | X | J | **2008** <br> **Trade Debt** | | | X | 26.00 |
| Account No.  **100165208/6000026255000** <br><br> **US Bank** <br> **c/o Manifest Funding Services** <br> **P.O. Box 790448** <br> **Saint Louis, MO 63179-0448** | X | W | **2008** <br> **Tade Debt for??** | | | | 3,492.28 |

Sheet no. __**19**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  3,658.61

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth A. Schima,**
        **Elaine J. Schima,**
                                                                                    Case No. _____

                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Viol.#P7867471 <br><br> **Village of Hazel Crest** <br> **2903 W. 175th St.** <br> **Hazel Crest, IL 60429** | | J | **2008** <br> **Violation** | | | | 750.00 |
| Account No. 0116136000-00 <br><br> **Village of Hazel Crest** <br> **3000 W. 170th Pl.** <br> **Hazel Crest, IL 60429** | X | W | **2008** <br> **Water for 16847 Western, Hazel Crest** <br> **Trade Debt** | | | | 132.08 |
| Account No. <br><br> **Lori  Vrba** <br> **15632 Rob Roy** <br> **Oak Forest, IL 60452** | X | J | **2008** <br> **Trade Debt** | | | X | 22.00 |
| Account No. <br><br> **Donna & Jerry Weinbrennes** <br> **6324 Forestview Dr.** <br> **Oak Forest, IL 60452** | X | J | **2008** <br> **Trade Debt** | | | X | 59.20 |
| Account No. 4856 2002 2193 4477 <br><br> **Wells Fargo** <br> **Payment Remittance Center** <br> **P.O. Box 54349** <br> **Los Angeles, CA 90054-0349** | X | H | **Credit card purchases  Trade Debt** | | | | 1,440.73 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,404.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth A. Schima,**
    **Elaine J. Schima**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2008 Trade Debt | | | | |
| Kerry Wilson 896 Woodstock Rd. Olympia Fields, IL 60461 | X | J | | | | | X | |
| | | | | | | | | 15.20 |
| Account No. | | | | 2008 Trade Debt | | | | |
| Shannon Wozek 16500 Barton Lane Oak Forest, IL 60452 | X | J | | | | | X | |
| | | | | | | | | 15.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __21__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 30.20 |
| | Total (Report on Summary of Schedules) | 180,470.35 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Kenneth A. Schima,**                                                    Case No. _____
        **Elaine J. Schima,**

_____,
                                    Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Hamara Trust**<br>**c/o Harmony Property Management**<br>**135 W. Ogden Ave.**<br>**Westmont, IL 60559** | **Lease for business at 6048 W. 159th St., Oak Forest**<br>**July 2005 to June 2008**<br>**$2747/mo.** |
| **Janette Parker**<br>**16736 Western**<br>**Hazel Crest, IL 60429** | **Lease on 16736 Western, Hazel Crest, IL**<br>**November 2007 - October 2008**<br>**$950/month** |
| **Magic Tan LLC**<br>**5325 Naiman Parkway Unit C**<br>**Solon, OH 44139** | **Lease of Tanning Machine - Trade Debt**<br>**2005 -**<br>**$966.48 per month for 60 months** |
| **Marcus and Renee Shepherd**<br>**16847 Western**<br>**Hazel Crest, IL 60429** | **Lease on 16847 Western, Hazel Crest**<br>**December 2007 - November 2008**<br>**$1100/month** |
| **Sun Share XI LLC**<br>**56 Pulaski St.**<br>**Peabody, MA 01960** | **Personal guaranty of corporate Lease to own of Tanning System**<br>**Apparently paid in full** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Kenneth A. Schima,**                                                  Case No. _____
         **Elaine J. Schima**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Jillian  Altenburg**<br>**15030 Parkside Ave.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Scott  Anderson**<br>**10210 N 16750 Road**<br>**Grant Park, IL 60940** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Laura  Bachleda**<br>**4640 W 153**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Stefanie  Bakazan**<br>**5113 Jessica**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Fred  Basse**<br>**18206 Rita Rd**<br>**Tinley Park, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Bill  Becker**<br>**14808 Becky Ct.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Stephanie  Bernal**<br>**5380 A Diamond Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Sara  Bintz**<br>**92 Fir St.**<br>**Park Forest, IL 60466** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Kathy  Boor**<br>**20662 Graceland Lane**<br>**Frankfort, IL 60423** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Gerald  Cease**<br>**14953 Moorings**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Nicole  Chavanne**<br>**5841 Orange Lane**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Stacy  Cook**<br>**5930 Liberty Square**<br>**Oak Forest, IL 60452** |

**7**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                   Best Case Bankruptcy

In re      **Kenneth A. Schima,**                                         Case No. _____
           **Elaine J. Schima**
_____,
                                    Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Tim  Danaher**<br>**7014 Trenes Ctyd**<br>**Tinley Park, IL 60477** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Tracey  Deddo**<br>**16209 S. Forest**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Christine  Delpriore**<br>**15601 Natalie**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Debra  Demaar**<br>**15359 Lasflores**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Kim  Deschamps**<br>**15131 Chaucer Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Cecilia  Doyle**<br>**15419 S. Kilpatrick**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Kevin  Doyle**<br>**5943 Liberty Square**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Lindsay  Eberling**<br>**15734 Love Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Jill  Fina**<br>**15139 S. LeClaire**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Kimberly  Fracassi**<br>**15618 Arroyo Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Cara  Francoeur**<br>**15148 Colina**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Tom  Furlan**<br>**936 Oliver Rd.**<br>**Homewood, IL 60430** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Catherine  Granata**<br>**7912 Whittington**<br>**Tinley Park, IL 60477** |

Sheet __**1**__ of __**7**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re   **Kenneth A. Schima,**                                              Case No. _____
         **Elaine J. Schima,**
_____,
                              Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Rob  Gray**<br>**15702 Hickory Lane**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Shelly  Halper**<br>**15508 Le Claire**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Karen  Hogan**<br>**15701 S. Rob Roy Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Amy  Horan**<br>**5311 Christopher Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Jon  Hull**<br>**15456 Almeda**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Kathy & Brad  Jongsma**<br>**7735 Palm Dr.**<br>**Orland Park, IL 60462** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Kelly  Kienzle**<br>**18157 S. 66th Ct.**<br>**Tinley Park, IL 60477** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Fracassi  Kimberly**<br>**15618 Arroyo Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Margaret  Kobylarczyk**<br>**14924 S. Kilbourn Ave.**<br>**Midlothian, IL 60445** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Lauren  Kottler**<br>**15531 New England**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Renee  Kunzmann**<br>**15412 S. Pine**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Mark  Benson**<br>**6109 W. Forestview Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Gina  Langdon**<br>**6121 Brookwood**<br>**Oak Forest, IL 60452** |

Sheet __**2**__ of __**7**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **Kenneth A. Schima,**                                          Case No. _____
          **Elaine J. Schima,**

_____,
                                    Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Maria Langdon**<br>**6121 Brookwood Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Christine Lavine**<br>**5936 Essex Rd.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Anders Lennergard**<br>**161 Lakewood**<br>**Tinley Park, IL 60477** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Lorraine Lynott**<br>**6404 Nature #102**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Brenda Marlowe**<br>**278 E. 162nd St.**<br>**South Holland, IL 60473** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Sean McCann**<br>**5110 Shadow Creek**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Kim McCormies**<br>**5705 Dover Rd.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Andrea Mikulec**<br>**17238 Arrowhead Tr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **John Miller**<br>**15322 Briar Lane**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Diane Moore**<br>**14814 Harbor Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Joe Moroschan**<br>**1235 S. Prairie #2909**<br>**Chicago, IL 60605** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Carol Mosel**<br>**6651 Conway Ct.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Christine O'Dinnell**<br>**15643 Sierra Dr.**<br>**Oak Forest, IL 60452** |

Sheet __3__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re    **Kenneth A. Schima,**                                          Case No. _____
         **Elaine J. Schima**

                                    Debtors                                                    ,

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Charles  Penders**<br>**5620 Independence Ave. #25**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Paula  Pries**<br>**6224 Boco Rio Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Mylinh  Quach**<br>**6417 N. Dainddl**<br>**Chicago, IL 60645** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Chris  Ratliff**<br>**15212 Walnut Rd.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Laurie  Richards**<br>**6231 Misty Pines Dr.**<br>**Tinley Park, IL 60477** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Donna  Ritter**<br>**15225 Arroyo Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **John  Riddle**<br>**15648 Sierra Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Eddie  Robertson**<br>**16484 Brockton**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Kim  Santor**<br>**5301 Martha Lane**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Debra  Schroeder**<br>**15419 Tudor Rd.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Sandy  Schulist**<br>**13391 Shadow Creek Dr.**<br>**Palos Heights, IL 60463** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **David  Sertic**<br>**18501 S. Harlem Ave.**<br>**Tinley Park, IL** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Ryan  Sharkey**<br>**15321 Orchard Lane**<br>**Oak Forest, IL 60452** |

Sheet __4__ of __7__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re    **Kenneth A. Schima,**                                              Case No. _____
         **Elaine J. Schima**      _____ ,
                                        Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Mary  Siriann**<br>**15805 Peggy Lane #7**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Danielle  Smith**<br>**15809 Rob Roy Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Michele  Specht**<br>**5250 W. 170th**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Brian  Stokes**<br>**6247 Boco Rio Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Jeff  Stubblefield**<br>**15429 Ann Marie**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Debora  Stukus**<br>**15916 Jon Rd.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Laura  Stukus**<br>**728 W. Jackson**<br>**Chicago, IL 60661** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Vanesa  Sukolowsky**<br>**16489 Barton Lane**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Theresa  Taccola**<br>**15920 S. Latrobe**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Lori  Vrba**<br>**15632 Rob Roy**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Donna & Jerry Weinbrennes**<br>**6324 Forestview Dr.**<br>**Oak Forest, IL 60452** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Kerry  Wilson**<br>**896 Woodstock Rd.**<br>**Olympia Fields, IL 60461** |
| **Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452** | **Shannon  Wozek**<br>**16500 Barton Lane**<br>**Oak Forest, IL 60452** |

Sheet   __5__  of   __7__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re   **Kenneth A. Schima,**
    **Elaine J. Schima**

Case No. _____

               Debtors             ,

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **AT&T Real Yellow Pages**<br>**c/o DEX**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** |
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **Harmony Property Management**<br>**135 W. Ogden Ave.**<br>**Westmont, IL 60559** |
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **Sam's Club Discover**<br>**P.O. Box 960016**<br>**Orlando, FL 32896-0016** |
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **US Bank**<br>**c/o Manifest Funding Services**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** |
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **Bank of America Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** |
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **Advanta Bank Corp.**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** |
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** |
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **Capital One Bank USA**<br>**P.O. Box 5294**<br>**Carol Stream, IL 60197-5294** |
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **Wells Fargo**<br>**Payment Remittance Center**<br>**P.O. Box 54349**<br>**Los Angeles, CA 90054-0349** |

Sheet __6__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re   **Kenneth A. Schima,**                                      Case No. _____
        **Elaine J. Schima**

_____ ,
                                    Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **Magic Tan LLC**<br>**5325 Naiman Parkway Unit C**<br>**Solon, OH 44139** |
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **Sun Share XI LLC**<br>**56 Pulaski St.**<br>**Peabody, MA 01960** |
| **E & G Learning Corp**<br>**dba Caribbean Tanning Boutique**<br>**6048 159th St.**<br>**Oak Forest, IL 60452-2904** | **Village of Hazel Crest**<br>**3000 W. 170th Pl.**<br>**Hazel Crest, IL 60429** |

Sheet   __7__   of   __7__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Kenneth A. Schima**
**Elaine J. Schima**
_____    Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Son** | AGE(S): **12** **16** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Auto repair** | **Customer Coordinator** |
| Name of Employer | **Cars Collision Center Holdings LLC** | **Hub Group, Inc** |
| How long employed | **4 months** | **Just started** |
| Address of Employer | **5101 Darmstadt Rd** **Hillside, IL 60162** | **3050 Highland Pkwy** **Ste 100** **Downers Grove, IL 60515** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 3,137.30 | $ | 3,083.34 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 3,137.30 | $ | 3,083.34 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 199.85 | $ | 584.87 |
| b. Insurance | $ | 196.00 | $ | 400.83 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 395.85 | $ | 985.70 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,741.45 | $ | 2,097.64 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,741.45 | $ | 2,097.64 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 4,839.09 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Kenneth A. Schima**
    **Elaine J. Schima**                        Case No. _____
                 Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,204.00 |
|    a. Are real estate taxes included?        Yes ___     No __X__ | | |
|    b. Is property insurance included?        Yes ___     No __X__ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 250.00 |
|                b. Water and sewer | $ | 30.00 |
|                c. Telephone | $ | 200.00 |
|                d. Other  **Cable TV and Internet** | $ | 70.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 700.00 |
| 5. Clothing | $ | 175.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 80.00 |
| 10. Charitable contributions | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                a. Homeowner's or renter's | $ | 62.00 |
|                b. Life | $ | 0.00 |
|                c. Health | $ | 0.00 |
|                d. Auto | $ | 228.00 |
|                e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify)  **Real estate taxes** | $ | 252.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                a. Auto | $ | 286.50 |
|                b. Other  **2nd Mortgage** | $ | 120.00 |
|                c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 100.00 |
| 17. Other  **Personal Care** | $ | 75.00 |
|     Other  **School and other child needs** | $ | 150.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,852.50 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 4,839.09 |
| b.   Average monthly expenses from Line 18 above | $ | 4,852.50 |
| c.   Monthly net income (a. minus b.) | $ | -13.41 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kenneth A. Schima**
       **Elaine J. Schima** _____    Case No. _____

                                              Debtor(s)       Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **44** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 7, 2008** _____       Signature    **/s/ Kenneth A. Schima** _____
                                                                 **Kenneth A. Schima**
                                                                 Debtor

Date   **July 7, 2008** _____       Signature    **/s/ Elaine J. Schima** _____
                                                                  **Elaine J. Schima**
                                                                 Joint Debtor

     *Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Kenneth A. Schima__
      __Elaine J. Schima__                                              Case No. _____

                                                    Debtor(s)           Chapter    __7__  _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,138.00 | **Wife income 2008 year to date from Hub Group Inc.** |
| $9,411.00 | **Husband Income 2008 year to date from Cars Collision Center Holdings LLC** |
| $9,000.00 | **Husband income 2008 year to date from Zak's Hi-Tech Collision Ctr.** |
| $21,600.00 | **Husband income 2007 from Zak's Hi-Tech Collilsion Ctr** |
| $25,701.00 | **Husband income 2007 from Ted's Auto Rebuilders** |
| $3,964.00 | **Wife income 2007 from real estate sales** |
| $48,477.00 | **Husband income 2006 from Ted's Auto Rebuilders** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **Rental activities** |
| | **No net income** |

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Robert N. Honig** **276 N. Addison Ave.** **Elmhurst, IL 60126** | **June 16, 2008** | **$4400** |

4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cricket Debt Counseling**<br>**10121 S.E. Sunnyside Rd.**<br>**Ste. 300**<br>**Clackamas, OR 97015** | | **$36** |

### 10.  Other transfers

None ■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **E & G Learning Corp** | **-8763** | **dba Caribbean Tanning Boutique 6048 159th St. Oak Forest, IL 60452-2904** | **Tanning Salon** | **June, 2005 - May, 2008** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED
**Elaine Schima (Debtor)**                                **All relevant dates**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                      ADDRESS
**Elaine Schima (Debtor)
All relevant dates**

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                        DOLLAR AMOUNT OF INVENTORY

DATE OF INVENTORY             INVENTORY SUPERVISOR            (Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY

DATE OF INVENTORY                                 RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST             PERCENTAGE OF INTEREST

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                        NATURE AND PERCENTAGE

NAME AND ADDRESS                         TITLE                         OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                   ADDRESS                         DATE OF WITHDRAWAL

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                         TITLE                         DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                         DATE AND PURPOSE            AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR         OF WITHDRAWAL            OR DESCRIPTION AND
                                            VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                         TAXPAYER IDENTIFICATION NUMBER (EIN)

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 7, 2008**                    Signature    **/s/ Kenneth A. Schima**
                                                         **Kenneth A. Schima**
                                                         Debtor


Date  **July 7, 2008**                    Signature    **/s/ Elaine J. Schima**
                                                         **Elaine J. Schima**
                                                         Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Kenneth A. Schima**
**Elaine J. Schima**        Case No. _____

Debtor(s)    Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Single family residence commonly known as 16847 Western Ave. Hazel Crest, IL 60429** | **Option One Mortgage** | X | | | |
| **Single family residence commonly known as 16736 Western Ave. Hazel Crest, IL 60429** | **Wachovia/World Savings** | X | | | |
| **Single family residence commonly known as 4612 W. 153rd ST Oak Forest, IL 60452** | **Amcore Bank** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **Single family residence commonly known as 4612 W. 153rd ST Oak Forest, IL 60452** | **Downey Savings & Loan Assoc** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **2007 Harley Davidson Electraglide Ultra Classic Motorcycle** | **MB Financial Bank** | **Debtor will retain collateral and continue to make regular payments.** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **July 7, 2008** _____     Signature    **/s/ Kenneth A. Schima** _____
                                                   **Kenneth A. Schima**
                                                   Debtor

Date   **July 7, 2008** _____     Signature    **/s/ Elaine J. Schima** _____
                                                   **Elaine J. Schima**
                                                   Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Kenneth A. Schima**
**Elaine J. Schima**                                                      Case No. _____
_____
                                    Debtor(s)            Chapter    **7**    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,400.00** |
| Prior to the filing of this statement I have received | $ | **4,400.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 7, 2008**                              **/s/ Robert N. Honig**
_____        _____
                                                          **Robert N. Honig 6216254**
                                                          **Robert N. Honig**
                                                          **276 N. Addison Ave.**
                                                          **Elmhurst, IL 60126**
                                                          **(630) 834-1800**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Robert N. Honig 6216254** | X **/s/ Robert N. Honig** | **July 7, 2008** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**276 N. Addison Ave.**
**Elmhurst, IL 60126**
**(630) 834-1800**

**Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Kenneth A. Schima** **Elaine J. Schima** | X **/s/ Kenneth A. Schima** | **July 7, 2008** |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) | X **/s/ Elaine J. Schima** | **July 7, 2008** |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kenneth A. Schima**
      **Elaine J. Schima**                             Case No. _____

                              Debtor(s)        Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    _____ **115**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **July 7, 2008**                  **/s/ Kenneth A. Schima** _____
                                    **Kenneth A. Schima**
                                    Signature of Debtor

Date:    **July 7, 2008**                  **/s/ Elaine J. Schima** _____
                                    **Elaine J. Schima**
                                    Signature of Debtor

Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101-8088


Adventist LaGrange Mem. Hosp.
c/o Malcolm S. Gerald & Assoc.
332 S. Michigan Ave. Suite 600
Chicago, IL 60604


Advocate Christ Hospital
c/o ICS Inc.
P.O. Box 1010
Tinley Park, IL 60477-9110


Jillian  Altenburg
15030 Parkside Ave.
Oak Forest, IL 60452


Amcore Bank
1210 S. Alpine Rd.
Rockford, IL 61108-3946


American Express
Box 0001
Los Angeles, CA 90096-0001


Scott  Anderson
10210 N 16750 Road
Grant Park, IL 60940


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


AT&T Real Yellow Pages
c/o DEX
8519 Innovation Way
Chicago, IL 60682-0085


Laura  Bachleda
4640 W 153
Oak Forest, IL 60452

Stefanie  Bakazan
5113 Jessica
Oak Forest, IL 60452


Bank of America Business Card
P.O. Box 15710
Wilmington, DE 19886-5710


Fred  Basse
18206 Rita Rd
Tinley Park, IL 60452


Bill  Becker
14808 Becky Ct.
Oak Forest, IL 60452


Mark  Benson
6109 W. Forestview Dr.
Oak Forest, IL 60452


Stephanie  Bernal
5380 A Diamond Dr.
Oak Forest, IL 60452


Sara  Bintz
92 Fir St.
Park Forest, IL 60466


Kathy  Boor
20662 Graceland Lane
Frankfort, IL 60423


Capital One Bank USA
P.O. Box 5294
Carol Stream, IL 60197-5294


Caribbean Tanning Boutique
6048 159th St.
Oak Forest, IL 60452


Gerald  Cease
14953 Moorings
Oak Forest, IL 60452

Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Nicole  Chavanne
5841 Orange Lane
Oak Forest, IL 60452


Christ Medical Group
701 Lee St.
Des Plaines, IL 60016


Stacy  Cook
5930 Liberty Square
Oak Forest, IL 60452


Crestwood Dental & TMJ Care
13549 S. Cicero Ave.
Crestwood, IL 60445


Tim  Danaher
7014 Trenes Ctyd
Tinley Park, IL 60477


Tracey  Deddo
16209 S. Forest
Oak Forest, IL 60452


Christine  Delpriore
15601 Natalie
Oak Forest, IL 60452


Debra  Demaar
15359 Lasflores
Oak Forest, IL 60452


Kim  Deschamps
15131 Chaucer Dr.
Oak Forest, IL 60452


DEX
8519 Innovation Way
Chicago, IL 60682-0085

Downey Savings & Loan Assoc
3501 Jamboree Rd.
Newport Beach, CA 92660


Cecilia  Doyle
15419 S. Kilpatrick
Oak Forest, IL 60452


Kevin  Doyle
5943 Liberty Square
Oak Forest, IL 60452


E & G Learning Corp
dba Caribbean Tanning Boutique
6048 159th St.
Oak Forest, IL 60452-2904


Lindsay  Eberling
15734 Love Dr.
Oak Forest, IL 60452


Jill  Fina
15139 S. LeClaire
Oak Forest, IL 60452


Kimberly  Fracassi
15618 Arroyo Dr.
Oak Forest, IL 60452


Cara  Francoeur
15148 Colina
Oak Forest, IL 60452


Tom  Furlan
936 Oliver Rd.
Homewood, IL 60430


GE Money Bank/Care Credit
P.O. Box 960061
Orlando, FL 32896-0061


Catherine  Granata
7912 Whittington
Tinley Park, IL 60477

Rob  Gray
15702 Hickory Lane
Oak Forest, IL 60452


Shelly  Halper
15508 Le Claire
Oak Forest, IL 60452


Hamara Trust
c/o Harmony Property Management
135 W. Ogden Ave.
Westmont, IL 60559


Harmony Property Management
135 W. Ogden Ave.
Westmont, IL 60559


Harris N.A.
P.O. Box 6200
Carol Stream, IL 60197-6290


Karen  Hogan
15701 S. Rob Roy Dr.
Oak Forest, IL 60452


Amy  Horan
5311 Christopher Dr.
Oak Forest, IL 60452


HSBC Card Services
P.O. Box 17332
Baltimore, MD 21297-1332


Jon  Hull
15456 Almeda
Oak Forest, IL 60452


Janette Parker
16736 Western
Hazel Crest, IL 60429


Kathy & Brad  Jongsma
7735 Palm Dr.
Orland Park, IL 60462

Kelly  Kienzle
18157 S. 66th Ct.
Tinley Park, IL 60477


Fracassi  Kimberly
15618 Arroyo Dr.
Oak Forest, IL 60452


Margaret  Kobylarczyk
14924 S. Kilbourn Ave.
Midlothian, IL 60445


Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI 53201-2983


Lauren  Kottler
15531 New England
Oak Forest, IL 60452


Renee  Kunzmann
15412 S. Pine
Oak Forest, IL 60452


Lane Bryant
P.O. Box 856132
Louisville, KY 40285-6132


Gina  Langdon
6121 Brookwood
Oak Forest, IL 60452


Maria  Langdon
6121 Brookwood Dr.
Oak Forest, IL 60452


Christine  Lavine
5936 Essex Rd.
Oak Forest, IL 60452


Anders  Lennergard
161 Lakewood
Tinley Park, IL 60477

Lorraine  Lynott
6404 Nature #102
Oak Forest, IL 60452

Magic Tan LLC
5325 Naiman Parkway Unit C
Solon, OH 44139

Marcus and Renee Shepherd
16847 Western
Hazel Crest, IL 60429

Brenda  Marlowe
278 E. 162nd St.
South Holland, IL 60473

MB Financial Bank
6111 N. River Rd.
Des Plaines, IL 60018

Sean  McCann
5110 Shadow Creek
Oak Forest, IL 60452

Kim  McCormies
5705 Dover Rd.
Oak Forest, IL 60452

Andrea  Mikulec
17238 Arrowhead Tr.
Oak Forest, IL 60452

John  Miller
15322 Briar Lane
Oak Forest, IL 60452

Diane  Moore
14814 Harbor Dr.
Oak Forest, IL 60452

Joe  Moroschan
1235 S. Prairie #2909
Chicago, IL 60605

Carol  Mosel
6651 Conway Ct.
Oak Forest, IL 60452


Christine  O'Dinnell
15643 Sierra Dr.
Oak Forest, IL 60452


Option  One Mortgage
P.O. Box 57054
Irvine, CA 92619-7054


Charles  Penders
5620 Independence Ave. #25
Oak Forest, IL 60452


Paula  Pries
6224 Boco Rio Dr.
Oak Forest, IL 60452


Mylinh  Quach
6417 N. Dainddl
Chicago, IL 60645


Chris  Ratliff
15212 Walnut Rd.
Oak Forest, IL 60452


Retail Services/Best Buy
P.O. Box 17298
Baltimore, MD 21297-1298


Retail Services/Guitar Center
P.O. Box 17602
Baltimore, MD 21297-1602


Retail Services/Menards's
P.O. Box 17602
Baltimore, MD 21297-1602


Laurie  Richards
6231 Misty Pines Dr.
Tinley Park, IL 60477

John  Riddle
15648 Sierra Dr.
Oak Forest, IL 60452


Donna  Ritter
15225 Arroyo Dr.
Oak Forest, IL 60452


Eddie  Robertson
16484 Brockton
Oak Forest, IL 60452


Sam's Club Discover
P.O. Box 960016
Orlando, FL 32896-0016


Kim  Santor
5301 Martha Lane
Oak Forest, IL 60452


Debra  Schroeder
15419 Tudor Rd.
Oak Forest, IL 60452


Sandy  Schulist
13391 Shadow Creek Dr.
Palos Heights, IL 60463


David  Sertic
18501 S. Harlem Ave.
Tinley Park, IL


Ryan  Sharkey
15321 Orchard Lane
Oak Forest, IL 60452


Mary  Siriann
15805 Peggy Lane #7
Oak Forest, IL 60452


Danielle  Smith
15809 Rob Roy Dr.
Oak Forest, IL 60452

Michele  Specht
5250 W. 170th
Oak Forest, IL 60452


Brian  Stokes
6247 Boco Rio Dr.
Oak Forest, IL 60452


Jeff  Stubblefield
15429 Ann Marie
Oak Forest, IL 60452


Debora  Stukus
15916 Jon Rd.
Oak Forest, IL 60452


Laura  Stukus
728 W. Jackson
Chicago, IL 60661


Vanesa  Sukolowsky
16489 Barton Lane
Oak Forest, IL 60452


Sun Share XI LLC
56 Pulaski St.
Peabody, MA 01960


Theresa  Taccola
15920 S. Latrobe
Oak Forest, IL 60452


US Bank
c/o Manifest Funding Services
P.O. Box 790448
Saint Louis, MO 63179-0448


Village of Hazel Crest
2903 W. 175th St.
Hazel Crest, IL 60429


Village of Hazel Crest
3000 W. 170th Pl.
Hazel Crest, IL 60429

Lori  Vrba
15632 Rob Roy
Oak Forest, IL 60452


Wachovia/World Savings
Loan Serivce Customer Support
P.O. Box 659558
San Antonio, TX 78265


Donna & Jerry Weinbrennes
6324 Forestview Dr.
Oak Forest, IL 60452


Wells Fargo
Payment Remittance Center
P.O. Box 54349
Los Angeles, CA 90054-0349


Kerry  Wilson
896 Woodstock Rd.
Olympia Fields, IL 60461


Shannon  Wozek
16500 Barton Lane
Oak Forest, IL 60452